**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00128-MR-DLH-15**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| WILLIAM HOWARD WILKERSON. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Reduce a Sentence of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2)" [Doc. 565] filed June 8, 2012.

On February 3, 2012, the Defendant through appointed counsel filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 750 to the Sentencing Guidelines with regard to crack cocaine offenses. [Doc. 514]. On April 3, 2012, this Court denied the Defendant's motion. [Doc. 533]. The Fourth Circuit Court of Appeals dismissed the Defendant's appeal of the Court's Order on May 18, 2012. [See Doc. 548].

On June 8, 2012, the Defendant, now proceeding *pro se*, filed another motion seeking a reduction of sentence pursuant to 18 U.S.C. §

3582(c)(2) based on Amendment 750. [Doc. 565]. For the reasons stated in the Court's prior Order, the Defendant is not entitled to relief under Amendment 750 and therefore his motion is denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 565] is **DENIED**.

**IT IS SO ORDERED.** Signed: April 25, 2013

Martin Reidinger
United States District Judge